Joseph R. Ganley (5643)
David M. Doto (11796)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:   (702) 385-2500
Fax:   (702) 385-2086
jganley@hutchlegal.com
ddoto@hutchlegal.com

*Attorneys for defendant TD Ameritrade, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI CZERNIEWSKI, individually, as Personal Representative of the Estate of Bruce Schepens, as Trustee of the Bruce Schepens Revocable Trust, and as Trustee of the Bruce Schepens Separate Property Trust,<br><br>Plaintiff,<br>v.<br><br>KRISTINE KEPPEL, an individual, and TD AMERITRADE, INC., a Foreign Corporation,<br>Defendants. | Case No. 2:18-cv-02078-KJD-VCF<br><br>**STIPULATION AND ORDER TO ENTER ARBITRATION AND TO STAY CERTAIN CASE PROCEEDINGS** |

Defendant TD Ameritrade, Inc. ("TD Ameritrade"), defendant Kristine Keppel "(("Keppel"), and plaintiff Brandi Czerniewski, individually, as Personal Representative of the Estate of Bruce Schepens, as Trustee of the Bruce Schepens Revocable Trust, and as Trustee of the Bruce Schepens Separate Property Trust ("plaintiff"), collectively referred to as the "parties," by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED** that plaintiff Czerniewski will proceed with her claims against defendant Keppel before this Court;

**IT IS FURTHER STIPULATED** that all claims and potential claims by all parties against TD Ameritrade that arise out of the allegations in the plaintiff's complaint, including, without limitation, direct claims, counter-claims, and cross-claims, shall be stayed pending resolution of the claims by and between plaintiff Czerniewski and defendant Keppel through settlement or judgment of the Court;

**IT IS FURTHER STIPULATED** that all statutes of limitation and statutes of repose applicable to all claims and potential claims by all parties against defendant TD Ameritrade that arise out of the allegations in the plaintiff's complaint, including, without limitation, direct claims, counter-claims, and cross-claims, are tolled during such stay;

**IT IS FURTHER STIPULATED** that all claims and potential claims by all parties against defendant TD Ameritrade that arise out of the allegations in the plaintiff's complaint, including, without limitation, direct claims, counter-claims, and cross-claims, will proceed to arbitration through the Financial Institution Regulatory Authority ("FINRA") pursuant to the provisions of the Federal Arbitration Act, 9 U.S.C. § *1 et. seq.* (the "FAA"); and

**IT IS FURTHER STIPULATED** that any arbitration proceedings subject to this Stipulation and Order shall not be initiated until after the claims by and between Plaintiff and Keppel are resolved through settlement or judgment of the Court;

| Dated this 20th day of December, 2019. | Dated this 20th day of December, 2019. |
|---|---|
| HUTCHISON & STEFFEN, PLLC | SOLOMON DWIGGINS & FREER, LTD. |
| */s/ Joseph R. Ganley* | */s/ Ross E. Evans* |
| Joseph R. Ganley (5643)<br>David M. Doto (11796)<br>Peccole Professional Park<br>10080 West Alta Drive, Suite 200<br>Las Vegas, NV 89145<br>*Attorneys for defendant TD Ameritrade, Inc.* | Brian P. Eagan (9395)<br>Alexander G. LeVeque (11183)<br>Ross E. Evans (11374)<br>9060 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>*Attorneys for plaintiff Brandi Czerniewski* |

Dated this 20th day of December, 2019.

CARY COLT PAYNE, CHTD.

*/s/ Cary Colt Payne*

_____
Cary Colt Payne (4357)
700 South Eighth Street
Las Vegas, Nevada 89101
*Attorneys for defendant Kristine Keppel*

**ORDER**

**IT IS SO ORDERED**.

Dated this  27th day of December, 2019.

_____
DISTRICT COURT JUDGE KENT J. DAWSON

Respectfully submitted by:

HUTCHISON & STEFFEN, PLLC

*/s/ Joseph R. Ganley*
_____
Joseph R. Ganley (5643)
David M. Doto (11796)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for defendant TD Ameritrade, Inc.*