Brian P. Eagan, Esq., Bar No. 9395
beagan@sdfnvlaw.com
Alexander G. LeVeque, Esq., Bar No. 11183
aleveque@sdfnvlaw.com
Ross E. Evans, Esq., Bar No. 11374
revans@sdfnvlaw.com
SOLOMON DWIGGINS & FREER, LTD.
9060 West Cheyenne Avenue
Las Vegas, Nevada  89129
Telephone: (702) 853-5483
Facsimile: (702) 853-5485

*Attorneys for Plaintiff Brandi Czerniewski*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI CZERNIEWSKI, individually, as Personal Representative of the Estate of Bruce Schepens, as Trustee of the Bruce Schepens Revocable Trust, and as Trustee of the Bruce Schepens Separate Property Trust,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINE KEPPEL, an individual, and TD AMERITRADE, INC., A Foreign Corporation,<br><br>Defendants. | Case No.:   2:18-cv-02078-KJD-VCF<br><br>**STIPULATION AND PROPOSED ORDER TO EXTEND TIME BRIEFING SCHEDULE ON DEFENDANT KEPPEL'S MOTION FOR (PARTIAL) SUMMARY JUDGMENT** |

Plaintiff BRANDI CZERNIEWSKI, individually, as Personal Representative of the Estate of Bruce Schepens, as Trustee of the Bruce Schepens Revocable Trust, and as Trustee of the Bruce Schepens Separate Property Trust, by and through their undersigned counsel, and Defendant KRISTINE KEPPEL, by and through its undersigned counsel, in compliance with LR IA 6-1 and LR IA 6-2, hereby submit this Proposed Stipulation:

1. Plaintiff BRANDI CZERNIEWSKI shall have until July 9, 2020, to file her response to Defendant Keppel's Motion for (Partial) Summary Judgment.

2. Defendant KRISTINE KEPPEL shall have until July 17, 2020 to file her reply.

///

IT IS SO STIPULATED.

| | |
|---|---|
| Dated this 30th day of June, 2020. | Dated this 30th day of June, 2020. |
| SOLOMON DWIGGINS & FREER, LTD. | CARY COLT PAYNE CHTD. |
| */s/ Ross E. Evans* | */s/ Cary C. Payne* |
| Brian P. Eagan, Esq., (9395)<br>Alexander G. LeVeque, Esq., (11183)<br>Ross E. Evans, Esq., Bar No. (11374)<br>9060 West Cheyenne Avenue<br>Las Vegas, Nevada 89129<br>Telephone No: (702) 853-5483<br>Facsimile No:  (702) 853-5485<br>beagan@sdfnvlaw.com<br>aleveque@sdfnvlaw.com<br>revans@sdfnvlaw.com<br>*Attorneys for Plaintiff, Brandi Czerniewski* | Cary C. Payne, Esq., (4357)<br>carycoltpaynechtd@yahoo.com<br>700 South Eighth Street<br>Las Vegas, NV 89101<br>*Attorney for Defendant Kristine Keppel* |

**ORDER**

IT IS SO ORDERED.

Dated this  6th  day of  July , 2020.

_____
U.S. DISTRICT JUDGE

Respectfully submitted by:

SOLOMON DWIGGINS & FREER, LTD.

*/s/ Ross E. Evans*

Brian P. Eagan, Esq., (9395)
Alexander G. LeVeque, Esq., (11183)
Ross E. Evans, Esq., Bar No. (11374)
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
Telephone No: (702) 853-5483
Facsimile No:  (702) 853-5485
beagan@sdfnvlaw.com
aleveque@sdfnvlaw.com
revans@sdfnvlaw.com
*Attorneys for Plaintiff, Brandi Czerniewski*