# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

***

| | |
|---|---|
| BRANDI CZERNIEWSKI, individually, as Personal Representative of the Estate of Bruce Schepens, as Trustee of the Bruce Schepens Revocable Trust, and as Trustee of the Bruce Schepens Separate Property Trust,<br><br>Plaintiff,<br><br>vs.<br><br>KRISTINE KEPPEL, an individual, and TD AMERITRADE, INC., A Foreign Corporation,<br><br>Defendants. | 2:18-cv-02078-KJD-VCF<br>**ORDER** |

Before the Court is the Motion for Extension of Time to File Certified Administrative Record and Answer (ECF No. 11).

Accordingly,

IT IS HEREBY ORDERED any opposition to the Motion for Extension of Time to File Certified Administrative Record and Answer (ECF No. 11) must be filed on or before July 24, 2020.  No reply necessary.

IT IS FURTHER ORDERED that a telephonic hearing on the Motion for Extension of Time to File Certified Administrative Record and Answer (ECF No. 11) is scheduled for 10:00 AM, July 27, 2020.

The call-in telephone number is (888) 273-3658, access code: 3912597. The call must be made five minutes prior to the hearing time. The court will join the call and convene the proceedings. To improve sound quality, the parties should use a land line, at all possible. The use of a speaker phone during the proceedings is prohibited.

DATED this 17th day of July, 2020.

_____
CAM FERENBACH
UNITED STATES MAGISTRATE JUDGE