Joseph R. Ganley (5643)
David M. Doto (11796)
HUTCHISON & STEFFEN, PLLC
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
Tel:  (702) 385-2500
Fax:  (702) 385-2086
jganley@hutchlegal.com
ddoto@hutchlegal.com

*Attorneys for defendant TD Ameritrade, Inc.*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI CZERNIEWSKI, individually, as Personal Representative of the Estate of Bruce Schepens, as Trustee of the Bruce Schepens Revocable Trust, and as Trustee of the Bruce Schepens Separate Property Trust,<br><br>Plaintiff,<br><br>v.<br><br>KRISTINE KEPPEL, an individual, and TD AMERITRADE, INC., a Foreign Corporation,<br>Defendants. | Case No. 2:18-cv-02078-KJD-VCF<br><br>~~STIPULATION AND~~ **ORDER TO STAY PENDING ARBITRATION** |

Defendant TD Ameritrade, Inc. ("TD Ameritrade"), and plaintiff Brandi Czerniewski, individually, as Personal Representative of the Estate of Bruce Schepens, as Trustee of the Bruce Schepens Revocable Trust, and as Trustee of the Bruce Schepens Separate Property Trust ("plaintiff"), collectively referred to as the "parties," by and through their respective undersigned counsel, hereby stipulate and agree as follows:

**IT IS HEREBY STIPULATED** that a Judgment was entered in this proceeding against defendant Keppel on March 30, 2021;

**IT IS FURTHER STIPULATED** that plaintiff's claims against defendant TD Ameritrade will proceed to arbitration through the Financial Institution Regulatory Authority

("FINRA"), and pursuant to the provisions of the Federal Arbitration Act, 9 U.S.C. § *1 et. seq.* (the "FAA");

**IT IS FURTHER STIPULATED** that plaintiff's claims against TD Ameritrade in this proceeding shall be stayed pending resolution of the arbitration through FINRA pursuant to the provisions of the FAA; and

**IT IS FURTHER STIPULATED** that all statutes of limitation and statutes of repose applicable to all claims and potential claims by all parties against defendant TD Ameritrade that arise out of the allegations in the plaintiff's complaint, including, without limitation, direct claims, counter-claims, and cross-claims, are tolled during such stay.

Dated this 31st day of January, 2022.

HUTCHISON & STEFFEN, PLLC

/s/ Joseph R. Ganley
_____
Joseph R. Ganley (5643)
David M. Doto (11796)
Peccole Professional Park
10080 West Alta Drive, Suite 200
Las Vegas, NV 89145
*Attorneys for defendant TD Ameritrade, Inc.*

Dated this 31st day of January, 2022.

SOLOMON DWIGGINS & FREER, LTD.

/s/ Ross E. Evans
_____
Brian P. Eagan (9395)
Alexander G. LeVeque (11183)
Ross E. Evans (11374)
9060 West Cheyenne Avenue
Las Vegas, Nevada 89129
*Attorneys for plaintiff Brandi Czerniewski*

## ORDER

**IT IS SO ORDERED**.

Dated this <u>4th</u> day of February, 2022.

_____
DISTRICT COURT JUDGE KENT J. DAWSON

///

///

1  Respectfully submitted by:

2  HUTCHISON & STEFFEN, PLLC

3  */s/ Joseph R. Ganley*

4  _____

5  Joseph R. Ganley (5643)
David M. Doto (11796)

6  Peccole Professional Park
10080 West Alta Drive, Suite 200

7  Las Vegas, NV 89145
*Attorneys for defendant TD Ameritrade, Inc.*