UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI CZERNIEWSKI,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TD AMERITRADE, INC., et al.,<br><br>　　　　　　　　　　Defendants. | Case No. 2:18-cv-02078-KJD-MDC<br><br>**ORDER – Status Update** |

On July 11, 2022, the Court granted the parties' stipulation requesting to stay the present action and permit Plaintiff's claims against Defendant TD Ameritrade to proceed to arbitration. (#69). And to the best of the Court's understanding, the only remaining claims are between Plaintiff and TD Ameritrade. Hence, given that almost two years have elapsed since the Court approved the parties' stipulation, the Court is now seeking a status update on this matter.

Accordingly, **IT IS HEREBY ORDERED** that the parties have fifteen (15) days from the date of this order in which to file a status update or stipulation of dismissal.

**IT IS FURTHER ORDERED** that the stay in this matter is **LIFTED**.

Dated this 17th day of April 2024.

_____
Kent J. Dawson
United States District Judge