UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI CZERNIEWSKI,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TD AMERITRADE, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:18-cv-02078-KJD-MDC<br><br>**ORDER** |

On April 17, 2024, the Court ordered the parties to file a status update or stipulation of dismissal within fifteen (15) days. (#72). However, the Court finds that the parties have not complied with the Court's order. Under Local Rule IA 11-8, "the court may, after notice and opportunity to be heard, impose any and all appropriate sanctions on an attorney or party who…[f]ails to comply with any order of this court." LR IA 11-8(e). Accordingly, **IT IS HEREBY ORDERED** that the parties have fifteen (15) days from the date of this order in which to file a status update or stipulation of dismissal. Failure to comply with the Court's order will result in the dismissal of the current action.

Dated this 9th day of May 2024.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Kent J. Dawson
　　　　　　　　　　　　　　　　　　　United States District Judge