UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI CZERNIEWSKI,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>TD AMERITRADE, INC., et al.,<br><br>　　　　　　　　　Defendants. | Case No. 2:18-cv-02078-KJD-MDC<br><br>**ORDER - To Show Cause** |

　　After approximately two years of inactivity, on April 17, 2024, the Court ordered the parties to file a status update or stipulation of dismissal within fifteen days. (#72). The parties' failure to comply with the Court's Order prompted a second Order, issued on May 9, 2024. (#73). The Court instructed the parties that they would be granted an additional fifteen days to file a status update or stipulation of dismissal, and failure to comply with the Order would result in dismissal of the action. Id. Once more, the parties have failed to comply with the Court's Order.

　　Under Local Rule IA 11-8, "the court may, after notice and opportunity to be heard, impose any and all appropriate sanctions on an attorney or party who…[f]ails to comply with any order of this court." LR IA 11-8(e). In the present action, the parties have had two opportunities, spanning roughly fifty-six (56) days, to comply with the Court's Orders. (See generally #73/72). Nevertheless, they continue to ignore the Court's Orders.

　　Accordingly, **IT IS HEREBY ORDERED** that on July 22, 2024, the parties shall appear before this Court and show cause as to why the present matter should not be dismissed.

　　**IT IS FURTHER ORDERED** that a status hearing in his matter is set for 3:30 p.m. in courtroom 4A of the Lloyd D. George United States Courthouse.

//
//
//
//
//

**IT IS FURTHER ORDRED** that the Clerk of the Court is kindly directed to send a copy of this Order to the following addresses and emails:

1. Solomon Dwiggins & Freer
   9060 W. Cheyenne Avenue
   Las Vegas, NV 89129

   Brian P. Eagan – Email: beagan@sdfnvlaw.com

   Ross E. Evans – Email: revans@sdfnvlaw.com

2. Hutchison & Steffen
   10080 West Alta Drive Suite 200
   Las Vegas, NV 89135

   David M. Doto – Email: ddoto@hutchlegal.com

   Joseph R. Ganley – Email: jganley@hutchlegal.com

   Piers R. Tueller – Email: ptueller@hutchlegal.com

3. Murphy & Anderson
   1501 San Marco Blvd
   Jacksonville, FL 32207

   Lawton R. Graves – Email: lgraves@murphyandersonlaw.com

Dated this 12th day of June 2024.

Kent J. Dawson
United States District Judge