1 | Brian P. Eagan, Esq., Bar No. 9395
beagan@sdfnvlaw.com
2 | Alexander G. LeVeque, Esq., Bar No. 11183
aleveque@sdfnvlaw.com
3 | Ross E. Evans, Esq., Bar No. 11374
revans@sdfnvlaw.com
4 | SOLOMON DWIGGINS FREER & STEADMAN, LTD.
9060 West Cheyenne Avenue
5 | Las Vegas, Nevada  89129
Telephone: (702) 853-5483
6 | Facsimile: (702) 853-5485

7 | *Attorneys for Plaintiff Brandi Czerniewski*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRANDI CZERNIEWSKI, individually, as Personal Representative of the Estate of Bruce Schepens, as Trustee of the Bruce Schepens Revocable Trust, and as Trustee of the Bruce Schepens Separate Property Trust,<br><br>  Plaintiff,<br><br>v.<br><br>KRISTINE KEPPEL, an individual, and TD AMERITRADE, INC., A Foreign Corporation,<br><br>  Defendants. | Case No.:   2:18-cv-02078-KJD-VCF<br><br><br><br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

BRANDI CZERNIEWSKI, Plaintiff, by and through counsel, Ross E. Evans, Esq., of the law firm Solomon Dwiggins Freer & Steadman, Ltd., and TD AMERITRADE, INC., Defendant, by and through counsel Joseph R. Ganley, Esq., of the law firm Hutchison & Steffen, PLLC, hereby stipulate and request that the Court enter its order as follows:

1. That the claims in the above-referenced matter have been resolved by way of judgment being entered against Defendant Kristine Keppel on March 30, 2021 (Doc. # 60), and FINRA arbitration award entered against Defendant TD Ameritrade on April 21, 2023.

2. There being no other pending claims in this matter, that this matter be dismissed with prejudice, with each party to bear its own fees and costs.

| | |
|---|---|
| SOLOMON DWIGGINS FREER & STEADMAN, LTD. | HUTCHISON & STEFFEN, PLLC |
| By: /s/ Ross E. Evans<br>Brian P. Eagan, Esq. (9395)<br>beagan@sdfnvlaw.com<br>Alexander G. LeVeque, Esq. (11183)<br>aleveque@sdfnvlaw.com<br>Ross E. Evans, Esq. (11374)<br>revans@sdfnvlaw.com<br>9060 West Cheyenne Avenue<br>Las Vegas, Nevada  89129<br>*Attorneys for Plaintiff Brandi Czerniewski* | By: /s/ David M. Doto<br>Joseph R. Ganley, Esq. (5643)<br>jganley@hutchlegal.com<br>David M. Doto, Esq. (11796)<br>ddoto@hutchlegal.com<br>10080 W. Alta Drive, Ste. 200<br>Las Vegas, Nevada 89145<br>*Attorneys for Defendant TD Ameritrade, Inc.* |

## ORDER

NOW THEREFORE,

BASED UPON THE ABOVE AND FOREGOING STIUPLATION OF THE PARTIES:

IT IS HEREBY ORDERED that this matter is dismissed with prejudice, with each party to bear its own fees and costs.

Date: June 28, 2024

_____
UNITED STATES DISTRICT JUDGE
KENT J. DAWSON

Respectfully Submitted By:
SOLOMON DWIGGINS FREER & STEADMAN, LTD.

By: /s/ Ross E. Evans
    Brian P. Eagan, Esq., Bar No. 9395
    beagan@sdfnvlaw.com
    Alexander G. LeVeque, Esq., Bar No. 11183
    aleveque@sdfnvlaw.com
    Ross E. Evans, Esq., Bar No. 11374
    revans@sdfnvlaw.com
    SOLOMON DWIGGINS FREER & STEADMAN, LTD.
    9060 West Cheyenne Avenue
    Las Vegas, Nevada  89129
    Telephone: (702) 853-5483
    Facsimile: (702) 853-5485
*Attorneys for Plaintiff Brandi Czerniewski*